SLR:KAS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 17 2006 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

OMAR OROZCO RINCON,

           Defendant.

- - - - - - - - - - - - - - - - -X

ORDER OF FORFEITURE

Cr. No. 06-178 (SJ)

       WHEREAS, in a plea agreement dated March 24, 2006, the defendant OMAR OROZCO RINCON, pursuant to Title 31, United States Code, § 5317(C) and Rule 32.2 of the Federal Rules of Criminal Procedure, agreed to forfeit to the United States of America the sum of one hundred and one thousand, eight hundred and 60 dollars, ($101,860) in United States currency, more or less, and all proceeds traceable thereto, seized from him on October 25, 2005, at 322 West 55th Street, Apartment 4C, New York, New York (the "Forfeiture Money Judgment"); and

       WHEREAS, pursuant to the plea agreement, the government has received payment of the above-mentioned funds and it is in the custody and control of the United States Marshals Service; and

       WHEREAS, the Court finds that the defendant had an interest in the above-described funds and property, which are forfeited to the United States of America pursuant to Title 31, United States Code, § 5317(C); and

WHEREAS, the plea agreement and such forfeiture shall be made part of the sentence and included in the judgment of conviction.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that all right, title and interest in the Forfeiture Money Judgment is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be made part of the sentence and included in the judgment of conviction of the defendant; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the United States Marshal's Service and all of its duly authorized agents and/or contractors are hereby authorized and directed to dispose of the Forfeited Money Judgment in accordance with all laws and regulations; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Clerk of the Court shall forward five certified copies of this Order to the United States Attorney's Office, 1 Pierrepont Plaza, 14th Floor, Attn: AUSA Kenneth A. Stahl.

Dated:     Brooklyn, New York
            May 15, 2006

s/SJ
_____
HONORABLE STERLING JOHNSON, JR
UNITED STATES DISTRICT JUDGE